UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DONDI SIMMONS, | ) |
| | ) |
| vs. | ) Case No. 09-00464-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

After carefully reviewing the record, the Court hereby **AFFIRMS** the decision of the Administrative Law Judge**.**

**IT IS SO ORDERED.**

September 16, 2010                    Ann Thompson
Date                                  Clerk of the Court


Entered on: September 16, 2010        s/ Karen Siegert
                                      (By) Deputy Clerk